**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RORY TRAINOR**                                                                    **PLAINTIFF**
**ADC #116197**

**VS.**                              **NO: 4:17-CV-00415 BRW**

**BILL GILKEY,** *et al.*                                                          **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge Patricia S. Harris.  No objections have been filed.  After careful

consideration, I approve and adopt that the Proposed Findings and Recommended Disposition in

all respects.

Accordingly, Trainor's complaint is dismissed without prejudice for failure to state a

claim upon which relief may be granted.

Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the

order adopting this recommendation would not be taken in good faith.

IT IS SO ORDERED this 24th day of October, 2017.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE